STATE OF CONNECTICUT *v.* LOUIS DELLA CAMERA

The motion by the defendant for review in the appeal from the Superior Court in New Haven County is denied.

*Anthony J. Lasala,* in support of the motion.

Submitted January 25—decided January 26, 1972

STATE OF CONNECTICUT *v.* VINCENT ESPOSITO

The motion by the defendant to set aside the judgment in the appeal from the Superior Court in New Haven County is denied.

*Jeremy G. Zimmermann,* special public defender, for the appellant (defendant).

*Jerrold H. Barnett,* assistant state's attorney, for the appellee (state).

Argued February 1—decided February 1, 1972

WILLIAM G. MAJOR CONSTRUCTION COMPANY, INC. *v.* JOHN DEMICHELY ET AL.

The motion by the plaintiff to "erase" the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Melvin J. Silverman,* for the appellee (plaintiff).

*Raymond F. Ross,* for the appellant (named defendant).